IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SFR EQUITIES, LLC | : | NO. 18-1228 |

ORDER

AND NOW, this 10th day of July, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the plaintiff Warren Hill, LLC to dismiss the counterclaim of SFR Equities, LLC under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted (Doc. # 9) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
               J.