APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SFR EQUITIES, LLC | : | NO.   18 cv 01228-HB |

## ORDER

AND NOW, this         Day of              , 2018 , it is hereby

ORDERED that the application of _Daniel S. Rubin_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18 cv 01228-HB

### *APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Daniel S. Rubin_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __9284__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois | 11/08/2007 | 6293669 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Northern Illinois | 02/26/2008 | 6293669 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*
VAP

Daniel S. Rubin
_____
(Applicant's Signature)

07/19/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Howard & Howard Attorneys, PLLC

200 S. Michigan Ave., Suite 1100, Chicago, Illinois   60604

(312) 372-4000

Sworn and subscribed before me this

19th Day of July, 2018
_____
Notary Public

OFFICIAL SEAL
KAREN L MAY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/18

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Daniel S. Rubin____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael N. Onufrak | _[signature]_ | 1987 | PA 43064 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

White and Williams LLP

1650 Market Street, One Liberty Place, Suite 1800

Philadelphia, PA  19103-7395

Sworn and subscribed before me this

20th Day of July, 2018

_[signature]_
Notary Public

Commonwealth of Pennsylvania

```
Notarial Seal
MYRA FRYZ – Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Oct 1, 2021
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SFR EQUITIES, LLC | : | NO.   18 cv 01228-HB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ____Daniel S. Rubin____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Gregory S. Voshell, Attorney for Warren Hill, LLC

Eliott Greenleaf P.C.

925 Harvest Drive, Suite 300, Blue Bell, PA  19422

_____
Signature of Attorney

Michael N. Onufrak
Name of Attorney

SFR Equities
Name of Moving Party

07/19/2018
Date