```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC                 :        CIVIL ACTION
                                 :
          v.                     :
                                 :
SFR EQUITIES, LLC                :        NO. 18-1228
```

ORDER

AND NOW, this 8th day of August, 2018, after a telephone conference with counsel, it is hereby ORDERED that:

1) The motion of third party Vendor Assistance Program, LLC to quash the subpoena served upon it by plaintiff Warren Hill, LLC (Doc. # 25) is GRANTED.  The subpoena is QUASHED without prejudice to plaintiff's right to reissue a subpoena to Vendor Assistance Program, LLC.

2) The motion of third party Blue Stone Finance, LLC to quash the subpoena served upon it by plaintiff Warren Hill, LLC (Doc. # 26) is GRANTED.  The subpoena is QUASHED without prejudice to plaintiff's right to reissue a subpoena to Blue Stone Finance, LLC.

3) The motion of third party Bluestone Capital Markets, LLC to quash the subpoena served upon it by plaintiff Warren Hill, LLC (Doc. # 27) is GRANTED.  The subpoena is

QUASHED without prejudice to plaintiff's right to reissue a subpoena to Bluestone Capital Markets, LLC.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                            J.