IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC            :            CIVIL ACTION
                            :
        v.                  :
                            :
SFR EQUITIES, LLC           :            NO. 18-1228

ORDER

AND NOW, this 8th day of August, 2018, after a
telephone conference with counsel, it is hereby ORDERED that:

1) the motion of plaintiff Warren Hill, LLC to compel
defendant SFR Equities, LLC to produce documents (Doc. # 28) is
GRANTED; and

2) defendant shall produce on or before August 23,
2018 all documents requested by plaintiff in Exhibit 1 attached
to its motion.

                            BY THE COURT:


                            /s/ Harvey Bartle III
                                                    J.