EXHIBITS 3-8, 11-27, and 29-41 ARE FILED UNDER SEAL PURSUANT TO THE CONFIDENTIALITY STIPULATION ENTERED BY THIS COURT.