# EXHIBIT 41

| | |
|---|---|
| **From:** | David Reape |
| **Sent:** | Tue 12/12/2017 02:43 PM |
| **To:** | Harris, Gene |
| **Cc:** | Wilson, Alan |
| **Subject:** | RE: Bluestone Finance |

in the next two hours

---

**From:** Harris, Gene [mailto:gharris@ahg-group.com]
**Sent:** Tuesday, December 12, 2017 2:42 PM
**To:** David Reape <dreape@vendorassistance.com>; Alan Wilson <Alan.Wilson@ahg-group.com>
**Subject:** Bluestone Finance

BSF tasks and duties. When can I expect an updated list with percentages.



Gene Harris
AHG Group, LLC
700 West Morse Blvd.
Suite 220
Winter Park, FL  32789

407-691-5603  office
407-691-5620  fax
407-310-9404  cell



CONFIDENTIAL                                                                SFR 24153