IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SFR EQUITIES, LLC | : | NO. 18-1228 |

ORDER

AND NOW, this 8th day of January, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff for leave to file an amended complaint is DENIED to the extent that plaintiff seeks to add a claim for conversion;

(2) the motion of plaintiff for leave to file an amended complaint is GRANTED to the extent that plaintiff seeks to add additional earnout payment periods; and

(3) within 10 days of this order, plaintiff shall file an amended complaint in accordance with this order and accompanying memorandum.

BY THE COURT:

*/s/ Harvey Bartle* J.