IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| v. | : | |
| SFR EQUITIES, LLC | : | NO. 18-1228 |

ORDER

AND NOW, this 15th day of March, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant for reconsideration of the Order filed February 8, 2019 or, alternatively, for interlocutory review of the Order (Doc. # 66), is DENIED.

BY THE COURT:

/s/Harvey Bartle III
                                    J.