# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN HILL, LLC, | : CIVIL ACTION |
| Plaintiff, | : 2:18-01228-HB |
| v. | : |
| SFR EQUITIES, LLC, | : |
| Defendant. | : |

**DEFENDANT SFR EQUITIES, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ALL DIRECT PAYMENTS, PAST AND FUTURE, TO BCM AS TRUST CERTIFICATE HOLDER**

WHITE AND WILLIAMS LLP
Michael N. Onufrak
Thomas M. Pinney
1650 Market Street | One Liberty Place, Suite 1800 |
Philadelphia, PA 19103-7395
Phone: 215.864.7174
Attorneys for Defendant,
SFR Equities, LLC

Dated:  April 25, 2019

22717011v.1