# EXHIBITS 3-18

# FILED UNDER SEAL