IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN HILL, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SFR EQUITIES, LLC,<br><br>　　　　　　Defendant. | No. 2:18-01228-HB |

**PLAINTIFF WARREN HILL, LLC'S EXHIBITS FILED
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

　　　　　　　　　　　　　　　　　　　ELLIOTT GREENLEAF, P.C.
　　　　　　　　　　　　　　　　　　　925 Harvest Drive, Suite 300
　　　　　　　　　　　　　　　　　　　Blue Bell, PA 19422
　　　　　　　　　　　　　　　　　　　(215) 977-1000

Dated: April 25, 2018　　　　　　　　　*Counsel for Plaintiff Warren Hill, LLC*

# TABLE OF CONTENTS

**ATTACHMENT A** – Declaration of Gregory S. Voshell

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | Membership Interest Purchase Agreement |
| 2 | The Program Terms |
| 3 | Transcript Excerpts from the Deposition of David Reape |
| 4 | Transcript Excerpts from the Deposition of Brian Hynes |
| 5 | VAP's 2017 Consolidated and Audited Financial Statements |
| 6 | September 30, 2018 QuickBooks Trial Balance |
| 7 | Board of Managers' Resolutions |
| 8 | Excerpt of December 2015 Trust Agreement |
| 9 | Excerpt of December 2015 Financing Arrangement Closing Binder |
| 10 | Approval Request for December 2015 Financing Arrangement |
| 11 | Approval Request for February 2016 Financing Arrangement |
| 12 | Risk Retention Agreement |
| 13 | SFR's 2017 Earnout Calculation Spreadsheet |
| 14 | SFR's 2018 Earnout Calculation Spreadsheet |
| 15 | Compilation of Documents Relating to Vendor/Party Investigations |
| 16 | CRM Materials for BCBS |
| 17 | CRM Materials for United Healthcare |
| 18 | Compilation of Documents Relating to Lender Investigation |