# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN HILL, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SFR EQUITIES, LLC,<br><br>      Defendant. | No. 2:18-01228-HB |

### DECLARATION OF GREGORY S. VOSHELL, ESQ.

I, Gregory S. Voshell, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am an attorney licensed to practice law in the state and federal courts of Pennsylvania. I am counsel of record in this matter for Plaintiff Warren Hill, LLC and make this Declaration based on personal knowledge and in connection with Plaintiff Warren Hill, LLC's Motion for Summary Judgment.

2.  The documents attached to Plaintiff's Motion for Summary Judgment as **Exhibits 1** through **18** are true and correct copies of those documents.

3.  **Exhibits 3-18** are filed under seal pursuant to the Confidentiality Stipulation entered by this Court. (*See* D.E. 14.)

4.  **Exhibit 1** is a true and correct copy of the Membership Interest Purchase Agreement, which is also attached to Plaintiff's Amended Complaint as Exhibit 1.

5.  **Exhibit 2** is a true and correct copy of the Program Terms for the Vendor Payment Program, which are publically available on the Illinois Department of Central Management Services' or the Illinois Comptroller's websites.

6. **Exhibit 3 and 4** are true and correct copies of transcript excerpts from depositions taken in this matter.

7. **Exhibits 5-18** are true and correct copies of business records exchanged through discovery in this matter.

Respectfully submitted,

ELLIOTT GREENLEAF, P.C.

_____
GREGORY S. VOSHELL
*Counsel for Plaintiff Warren Hill, LLC*

Dated: April 25, 2019

2