# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC,             )
              Plaintiff,)
                              )
      -vs-                    ) No. 2:18-01228-HB
                              )
SFR EQUITIES, LLC,            )
              Defendant.)

     The VIDEOTAPED deposition of BRIAN HYNES, called by the plaintiff for examination, pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts, taken before Marcie A. Haw, CSR in and for the County of Cook and State of Illinois, on October 17th, 2018 at 200 South Michigan Avenue, Suite 1100, Chicago, Illinois.



```
                                                          Page 2
 1            There were present at the taking of this
 2    deposition the following counsel:
 3
 4            ELLIOTT GREENLEAF, P.C., by
              MR. GREGORY VOSHELL
 5            MR. LOUIS BALLEZZI
              925 Harvast Drive, Suite 300
 6            Blue Bell, Pennsylvania 19422
              Phone:  (215) 977-1000
 7            E-mail:  Elliottgreenleaf.com
 8                    on behalf of the Plaintiff
                      Warren Hill;
 9
              HOWARD AND HOWARD by
10            MR. SCOTT LEVIN
              200 South Michigan Avenue, Suite 1100
11            Chicago, Illinois 60604
              Phone:  (312) 456-3641
12            E-mail:  Slevin@howardandhoward.com
13                    on behalf of the Defendant
                      Vendor Assistance Program and
14                    Brian Hynes;
15            WHITE & WILLIAMS by
              MR. MICHAEL N. ONUFRAK
16            1650 Market Street
              One Liberty Place, Suite 1800
17            Philadelphia, Pennsylvania 19103
              Phone:  (215) 864-7174
18
                      on behalf of the Defendant
19                    SFR Equities;
20
21            ALSO PRESENT:  Videographer, Jeff Wilhite.
22
23
24
```



```
 1                      I N D E X
 2    WITNESS
 3    Brian Hynes
 4                                        PAGE
 5    Examination by Mr. Voshell      5
 6
 7
 8                     E X H I B I T S
 9                                        PAGE
10    Previously Marked Warren Hill No. 52    79
11    Previously Marked Warren Hill No. 5     88
12    Previously Marked Warren Hill No. 41    91
13        Hynes Deposition Exhibit No. 84     93
14        Hynes Deposition Exhibit No. 85     95
15    Previously Marked Warren Hill No. 22    97
16    Previously Marked Warren Hill No. 64   100
17    Previously Marked Warren Hill No. 65   102
18    Previously Marked Warren Hill No. 45   104
19        Hynes Deposition Exhibit No. 86    106
20        Hynes Deposition Exhibit No. 87    111
21
22
23
24
```



Page 77

1   Bluestone Capital Markets, correct?
2       A.   Correct.
3       Q.   And that was -- That company was created in
4   March of 2017, correct?
5       A.   Sometime around there, yes.
6       Q.   Could you please describe what, if anything,
7   your role is with Bluestone Capital Markets?
8       A.   Already have; manager.
9       Q.   Fair point.  From a day-to-day standpoint what
10  do you do for Bluestone Capital Markets?
11      A.   Whatever's asked of me.
12      Q.   And what type of things are asked of you?
13      A.   I can't think of anything right now.
14      Q.   And to the extent that something was asked of
15  you, who would do the asking?
16      A.   Probably David Reape or Allen Wilson.
17      Q.   Forgive me if we already touched on this, but
18  David Reape is the CEO of Bluestone Capital Markets?
19      A.   Yes.
20      Q.   Does Mr. Harris have any position with
21  Bluestone Capital Markets other than his role as a
22  manager?
23      A.   No.
24      Q.   So if Mr. Harris was asking you to do

