# EXHIBITS 6-35

## Filed Under Seal