IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN HILL, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SFR EQUITIES, LLC,<br><br>　　　　　　　　Defendant. | No. 2:18-01228-HB |

**PLAINTIFF WARREN HILL, LLC'S EXHIBITS FILED IN SUPPORT OF ITS RESPONSE TO SFR EQUITIES, LLC'S MOTION FOR SUMMARY JUDGMENT**

　　　　　　　　　　　　　　　　　　ELLIOTT GREENLEAF, P.C.
　　　　　　　　　　　　　　　　　　925 Harvest Drive, Suite 300
　　　　　　　　　　　　　　　　　　Blue Bell, PA 19422
　　　　　　　　　　　　　　　　　　(215) 977-1000

Dated: May 9, 2019　　　　　　　　　　*Counsel for Plaintiff Warren Hill, LLC*

## **TABLE OF CONTENTS**

| **ATTACHMENT A** – Declaration of Gregory S. Voshell |
|---|

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | Membership Interest Purchase Agreement |
| 2 | The Program Terms |
| 3 | Printout from Illinois Department of Central Management Services' Website |
| 4 | Transcript of Oral Argument on SFR's Motion for Partial Summary Judgment |
| 5 | Printout from VAP's website |
| 6 | Transcript Excerpts from the Deposition of David Reape |
| 7 | Transcript Excerpts from the Deposition of Alan Wilson |
| 8 | Transcript Excerpts from the Deposition of Brian Hynes |
| 9 | Transcript Excerpts from the Deposition of Gene Harris |
| 10 | Summary Exhibit of Deposition Testimony |
| 11 | VAP's 2017 Consolidated and Audited Financial Statements |
| 12 | Excerpt of December 2015 Financing Arrangement Closing Binder |
| 13 | Approval Request for December 2015 Financing Arrangement |
| 14 | Approval Request for February 2016 Financing Arrangement |
| 15 | June 27, 2014 Email from Brian Hynes to Potential Vendor |
| 16 | VAP Funding Master Trust Note, Series 2012-1 |
| 17 | December 12, 2012 Email from David Reape |
| 18 | December 7, 2017 Email from Gene Harris |
| 19 | SFR's Responses to Warren Hill's Requests for Admissions |
| 20 | November 11, 2017 Email from Gene Harris |

| 21 | VAP Disclosure Provided to State |
|---|---|
| 22 | VAP's 2016 Confirmation Requests |
| 23 | VAP's 2017 Confirmation Requests |
| 24 | Expert Report of Stanley A. Murphy |
| 25 | December 13, 2016 Letter from Department of Central Management Services |
| 26 | December 18, 2012 Letter from Department of Central Management Services |
| 27 | Warren Hill Comments on Draft MIPA |
| 28 | Ownership Chart of BCM |
| 29 | November 11, 2017 Email from Gene Harris |
| 30 | August 5, 2017 Email from Gene Harris |
| 31 | October 2, 2017 Email from Gene Harris |
| 32 | November 24, 2017 Email from Alan Wilson |
| 33 | VAP-BCM Services Agreement |
| 34 | Declaration of Jim Delaney |
| 35 | November 30, 2012 Management Agreement |