IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WARREN HILL, LLC | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SFR EQUITIES, LLC | : | NO. 18-1228 |

ORDER

AND NOW, this 3rd day of December, 2019, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Warren Hill, LLC for summary judgment on damages and interest against SFR Equites, LLC (Doc. # 104) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.