IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SFR EQUITIES, LLC | : | NO. 18-1228 |

ORDER

AND NOW, this 16th day of January, 2020, it is hereby ORDERED that:

(1) the emergency motion of plaintiff Warren Hill, LLC to enter a charging order (Doc. # 113) is DENIED as moot;

(2) the emergency motion of plaintiff Warren Hill, LLC for a temporary restraining order (Doc. # 114) is DENIED as moot; and

(3) the emergency motion of third-party respondents David Reape, Vendor Assistance Program, LLC, Bluestone Capital Markets, LLC, and Bluestone Finance, LLC to quash subpoenas (Doc. # 124) is DENIED as moot.

BY THE COURT:

*Harvey Bartle*  J.