```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC                   :          CIVIL ACTION
                                   :
     v.                            :
                                   :
SFR EQUITIES, LLC                  :          NO. 18-1228
```

ORDER

AND NOW, this 11th day of August, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of Warren Hill, LLC for Sanctions against SFR Equities, LLC (Doc. # 136) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.