```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

WARREN HILL, LLC.              :        CIVIL ACTION
                               :
        v.                     :
                               :
SFR EQUITIES, LLC              :        NO. 18-1228

## ORDER

AND NOW, this 25th day of August, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Chicago Public Media, Inc. to intervene and to obtain copies of all judicial records currently under seal is GRANTED;

(2) the motion of the Vendor Assistance Program LLC, Bluestone Capital Markets LLC, Bluestone Finance LLC, and Bryan Hynes to intervene is GRANTED but the motion to the extent it seeks to block disclosure of judicial records is DENIED; and

(3) the Clerk of Court shall unseal forthwith the documents filed under docket entry numbers 38, 43, 44, 45, 46, 47, 52, 57, 66, 73, 74, 76, 78, 79, 80, 81, 83 and 84.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.